Alan D. Halperin (AH-8432)
Walter Benzija (WB-0909)
Donna Lieberman (DL-3553)
**HALPERIN BATTAGLIA RAICHT, LLP**
Proposed Counsel to the
   Official Committee of Unsecured Creditors
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PIQUANT LLC, | Case No. 06-12423 (RDD) |
| d/b/a AIR AMERICA RADIO, | |
| Debtor. | |

--------------------------------------------------------x

**AFFIDAVIT OF ALAN D. HALPERIN IN SUPPORT OF APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF
HALPERIN BATTAGLIA RAICHT, LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* TO OCTOBER 25, 2006**

STATE OF NEW YORK    )
                               )   ss.:
COUNTY OF NEW YORK  )

      Alan D. Halperin, being duly sworn, deposes and says:

      1.      I am a member of the law firm of Halperin Battaglia Raicht, LLP ("HBR"), which maintains offices for the practice of law at 555 Madison Avenue, 9th Floor, New York, New York 10022. I am familiar with the matters set forth herein, and make this affidavit in support of the application of the Official Committee of Unsecured Creditors (the "Committee") of Piquant LLC, d/b/a Air America Radio, the debtor and debtor-in-

possession herein (the "Debtor"), for authority to retain HBR as counsel to the Committee under a general retainer.

2. To the best of my knowledge and information, formed after a reasonable inquiry, HBR neither holds nor represents any interest adverse to the Committee, the Debtor, its creditors, or other parties-in-interest or their respective attorneys in this case. Based upon the information available to me, I believe that HBR is a "disinterested person" within the meaning of § 101(14) of Title 11 of the United States Code (the "Bankruptcy Code").

3. I have reviewed lists of HBR's current and past clients and have compared them to the Debtor's chapter 11 petition and schedules. To the best of my knowledge and based upon HBR's due inquiry, HBR has not represented any of the parties related to the Debtor, its creditors, and other parties-in-interest, except that HBR may have represented as yet unknown certain creditors of the Debtor in matters unrelated to this case.

4. HBR does not, and will not, represent any of the members of the Committee, the Debtor, its creditors, or any other party in interest in these proceedings, other than the Committee, in matters related to this case.

5. No agreement exists to share any compensation received by HBR for its services with any other person or firm. No promises have been received by HBR or by any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

6. HBR is willing to be retained by the Committee as its counsel, on a general retainer basis, and will bill at its normal hourly rates, which currently range from $395 to $175 per hour for attorneys; $125 per hour for law clerks; and $100 to $75 per hour

for paraprofessionals, plus reimbursement of out-of-pocket expenses. These rates are subject to adjustment from time to time. HBR will make appropriate application to this Court for compensation and reimbursement of expenses as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules for the Southern District of New York and other Orders of this Court.

                                          */s/ Alan D. Halperin*
                                          Alan D. Halperin (AH-8432)

Sworn to before me on this
26th day of October, 2006

*/s/ Christopher J. Battaglia*
     NOTARY PUBLIC
Christopher J. Battaglia, Esq.
Notary Public, State of New York
No. 02BA6064315
Qualified in New York County
Commission Expires November 1, 2009